1  Mark D. Estle, SBN 135004
2  Erica T. Loftis, SBN 259286
   Buckley Madole, P.C.
3  12526 High Bluff Drive, Suite 238
   San Diego, CA 92130
4  Telephone: 858-720-0890
5  Fax: 858-720-0092
   Mark.Estle@BuckleyMadole.com
6
7  Attorney for Defendant HSBC Bank
   USA, N.A, As Trustee for the Holders
8  of Deutsche Alt-A Securities Mortgage
   Loan Trust, Mortgage Pass-Through
9  Certificates Series 2007-OA4

**FILED & ENTERED**

**MAR 28 2016**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Remy        DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA, SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>Faith N Brashear,<br><br>　　　　　　Debtor.<br>―――――――――――――――<br>Faith Lynn Brashear, an individual,<br>　　　　　　Plaintiff<br><br>v.<br><br>HSBC Bank USA, National Association, as Trustee for the Holders of the Deutsche Alt-A Securities, Inc., Mortgage Loan Trust, Mortgage Pass-Through Certificates Series 2007-OA4 et al and Does 1-20<br><br>　　　　　　Defendants. | Case No. 1:15-bk-13053-MT<br><br>Adv. Proc. No. 1:16-ap-01004-MT<br><br>Chapter 13<br><br>**ORDER GRANTING MOTION TO DISMISS ADVERSARY COMPLAINT**<br><br>Hearing:<br>Date:　March 9, 2016<br>Time:　01:00 PM<br>Place:　Courtroom 302<br>　　　　21041 Burbank Boulevard<br>　　　　Woodland Hills, California 91367 |

　　The Defendant's Motion to Dismiss Adversary Complaint filed in the above-captioned adversary proceeding above came for hearing as regularly scheduled at the date, time and place set forth above. Appearances were noted on the record. The Court hereby makes the following order:

　　**IT IS HEREBY ORDERED** that for reasons stated on the record, the Defendant's motion is granted without leave to amend.

**IT IS FURTHER ORDERED** the adversary action commonly referred to as Adversary Case No. 1:16-ap-01004-MT is hereby dismissed with prejudice.

###

Date: March 28, 2016

*Maureen A. Tighe*
Maureen A. Tighe
United States Bankruptcy Judge

ORDER GRANTING MOTION TO DISMISS     2     4125-N-2591
CapPldXP000ALL